George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted of failure to stop and render aid, and was assessed a penalty of one year in the penitentiary.

The record is before us without bills of exception and without a statement of facts. We are unable to determine the grounds upon which reversal is sought.

 While the jury's verdict assessed a penalty of one year in the penitentiary, the court failed to follow this in his judgment in that the punishment is fixed in the penitentiary " * * * for a term of not less than one day nor more than one years." The judgment is improper in that it attempts to apply the indeterminate sentence law. Vernon's Ann.C.C.P. art 775. It should have read "for one year."

In passing sentence the court properly applied the indeterminate sentence law. In recording the order we find this language, "The said Johnnie Edwards shall be confined in said penitentiaries for a term of not more than one year nor more than one day years, * * *." The sentence is reformed so as to substitute, in lieu of the foregoing quoted language, the following: The said Johnnie Edwards shall be confined in said penitentiary for a term of not less than one day nor more than one year.

As reformed, the judgment of the trial court is affirmed.

## ROYALL v. STATE.
No. 24453.

Court of Criminal Appeals of Texas.
Nov. 2, 1949.

None on appeal for appellant.

A. C. Winborn, Crim. Dist. Atty., of Houston, E. T. Branch, Asst. Crim. Dist. Atty., of Houston, George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The offense is aggravated assault upon a female child; the punishment, a fine of $1,000 and two years in the county jail.

The record is before us without a statement of facts or bills of exception. Nothing is presented for the consideration of this court.

The judgment of the trial court is affirmed.

Opinion approved by the court.